IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER ALAN ANDREWS                                          PLAINTIFF

               v.                    Civil No. 06-2073

FRANK ATKINSON, Sheriff, Sebastian
County, Arkansas; JAIL NURSE CRYSTAL
REED; DR. TOM TINSMAN; CAPTAIN
MIKE CONGER, Jail Administrator; and
DEPUTY HICKS                                                      DEFENDANTS

## ORDER

The plaintiff has named the Sebastian County Sheriff's Office and the Sebastian County Detention Center as defendants. The court finds Sheriff Frank Atkinson should be and hereby is substituted as a defendant in place of the sheriff's office and the detention center. **The clerk of court is directed to note this substitution on the docket sheet.**

The court, having heretofore entered an order allowing the plaintiff to proceed *in forma pauperis* and directing the clerk to file the complaint, hereby directs the United States Marshal to serve the defendants Sheriff Atkinson, Nurse Reed, Dr. Tinsman, Captain Mike Conger, and Deputy Hicks. The defendants may be served at the Sebastian County Detention Center, 801 South A Street, Fort Smith, AR 72901. Defendants are to be served without prepayment of fees and costs or security therefor. The defendants are ordered to answer within twenty (20) days from the date of service.

IT IS SO ORDERED this 5th day of July 2006.

                                                /s/ Beverly Stites Jones
                                                UNITED STATES MAGISTRATE JUDGE