IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER ALAN ANDREWS     PLAINTIFF

            v.          Civil No. 06-2073

FRANK ATKINSON, Sheriff, Sebastian
County, Arkansas; JAIL NURSE CRYSTAL
REED; DR. TOM TINSMAN; CAPTAIN
MIKE CONGER, Jail Administrator; and
DEPUTY HICKS     DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **October 9, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 27th day of July 2006.

                                                    /s/ Beverly Stites Jones
                                                    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)