```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

CHRISTOPHER ALAN ANDREWS                                PLAINTIFF

    v.                        No. 06-2073

FRANK ATKINSON, Sheriff, Sebastian
County, Arkansas; JAIL NURSE
CRYSTAL REED; DR. TOM TINSMAN;
CAPTAIN MIKE CONGER, Jail
Administrator and DEPUTY HICKS                          DEFENDANTS

## ORDER

Now on this 7th day of September 2007, there comes on for consideration the report and recommendation filed herein on August 13, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 27). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 19) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge